UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA


FILED
AUG 18, 2009
CLERK, U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY          Deputy Clerk

CHAPTER 13 CONFIRMATION HEARING MINUTES                          69

CASE NO. RS09-26012 MJ                DATE  AUG 18, 2009

TITLE  JOSE AND MARIA AMARO

HON. Meredith A. Jury, Bankruptcy Judge

PRESENT:

_____Schneider_____, for Rod Danielson, Trustee

_____, for Debtor

_____, for _____

DOCKET ENTRY:  PLAN NOT CONFIRMED

ON MOTION OF: ( ) Court    ( ) Stip.    (X) Trustee    ( ) Debtor
              ( ) Off Calendar          ( ) Case converted to Chapter ____

( )  Hearing continued to _____ at _____ __ m.

(X)  Case dismissed;  ____ Without Prejudice  __X__ Under § 109(g)

[X]  CLERKS BNC ORDER DISMISSING

NOTES:

DOCKET ENTRY:  PLAN CONFIRMED

( )  Plan confirmed per trustee's recommendation.
                                                                Granted
( )  § 522(f)(2) Motion to Avoid Lien of _____       Denied
( )  Objection to plan:   Withdrawn  /  Sustained  /  Overruled

( )  Interlineations:                     | Basic Plan Provisions:
     ___ Base Plan                        |
     ___ Disposable Income Lang. #___     | % to be Paid _____ %
     ___ Annual  ___ Semi-annual Review   |
     ___ Payment of Allowed Claims Only   | Plan Duration _____ mos
     ___ Atty. Fees @ $_____ per month    |
     ___ Tax Refunds to Trustee when Rec'd| Mo.Paym't. $ _____/mo
     ___ Copies of Tax Returns to Trustee |
     ___ Debtor may not incur any debt over $250 w/o order (expt. med.)

13CONF1